# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN CAIN,<br><br>                Plaintiff,<br>vs.<br><br>BILL KOLENDER, BUFFORD SUNICO, DOES 1-6,<br><br>                Defendants. | CASE NO. 07cv331 BTM(WMc)<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

In a Report and Recommendation ("R&R") filed on April 8, 2008, Magistrate Judge McCurine recommended that Plaintiff's Motion for Leave to File a First Amended Complaint be denied. Plaintiff filed objections to the R&R.

Having reviewed the record and having conducted a de novo review, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the R&R, Plaintiff cannot state a § 1983 claim against the members of the Board of Supervisors of San Diego County. Therefore, Plaintiff's Motion for Leave to File First Amended Complaint is **DENIED**.

**IT IS SO ORDERED.**

DATED: June 20, 2008

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge